**SO ORDERED: February 20, 2013.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN RICHARD JULIAN | ) | CASE NO. 12-7394-RLM-7 |
| JOYCE KAYE JULIAN | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| HERBERT W. DISHMAN and | ) | |
| KARLA J. DISHMAN, | ) | Adversary Proceeding |
| | ) | No. 12-50275 |
| Plaintiffs | ) | |
| vs. | ) | |
| | ) | |
| JOHN RICHARD JULIAN and | ) | |
| JOYCE KAYE JULIAN | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**JUDGMENT**

Trial on this matter was held on February 11, 2013 wherein the Plaintiffs appeared in person and by counsel, Vance W. Curtis; the Defendants appeared in person and by counsel, Juan Perez, Jr.  At the conclusion of the trial, the Court took ruling on the matter under advisement.

1

In accordance with the written Findings of Fact and Conclusions of Law entered contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of the Defendants and that the debt owed to the Plaintiffs, Herbert and Karla Dishman, is DISCHARGEABLE.

**# # #**

Vance W. Curtis, Attorney for the Plaintiffs /Juan A. Perez, Jr., Attorney for the Defendants

2